Jack T. Friedman, No. 068134
Wallace E. Smith, No. 112091
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1676 N. California Blvd, Suite 620
Walnut Creek, CA  94596-4124
Telephone:       925.944.6080
Facsimile:        925.256.3110
Email:           jfriedman@cbmlaw.com
Email:           wsmith@cbmlaw.com

Attorneys for Plaintiff
NCL (BAHAMAS) LTD dba NCL, a foreign corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NCL (BAHAMAS) LTD dba NCL, a foreign corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEMPEL, A/S, a foreign corporation; BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC. a California corporation; BAE SYSTEMS, INC., a Delaware corporation; DELTA SANDBLASTING COMPANY, INC., a California corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | No.  C 07-01385 CW<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES** |

　　　　This Stipulation to extend discovery deadlines is entered into by and between Plaintiff NCL (BAHAMAS) LTD dba NCL, a foreign corporation ("*NCL*") and Defendants HEMPEL, A/S, a foreign corporation ("*Hempel*"), BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., a California corporation ("*BAE*") and DELTA SANDBLASTING COMPANY, INC., a California corporation ("*Delta*") (each a "*Party*" and, collectively, the "*Parties*"), by and through their undersigned counsel.  The Stipulation is made with respect to the following recitals of fact:

## RECITALS

WHEREAS, on August 8, 2007 the court scheduled this matter for trial on March 17, 2008 and ordered fact discovery to be completed sixty day before trial, or by January 16, 2008;

WHEREAS, the court also ordered that expert disclosure and reports be exchanged sixty day before trial, or by January 16, 2008;

WHEREAS, expert discovery was ordered to be completed thirty days prior to trial, or by February 15, 2008;

WHEREAS, the Parties participated in a private mediation on December 7, 2007; and

WHEREAS, the Parties desire additional time to attempt to resolve the matter prior to trial without incurring additional costs and expenses in connection with discovery;

NOW, THEREFORE, in consideration of the above Recitals, the Parties, intending to be legally bound, stipulate and agree as follows:

## STIPULATION

The deadlines to complete fact discovery and to make expert disclosures shall be continued to January 30, 2008, and the deadline to complete expert discovery shall be continued to February 29, 2008.

Dated: January __, 2008

CARROLL, BURDICK & McDONOUGH LLP

By _____/s/_____
Jack T. Friedman
Wallace E. Smith
Attorneys for Plaintiff and Counterdefendant
NCL (BAHAMAS) LTD dba NCL, a foreign corporation

Dated: January __, 2008

LAW OFFICES OF LANCE C. ARNEY

By /s/
Lance C. Arney
Attorneys for Defendant and Counterclaimant
HEMPEL, A/S, a foreign corporation

Dated: January __, 2008

BULLIVANT HOUSER BAILEY

By /s/
Norman J. Ronneberg, Jr.
Attorneys for Defendants
BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC. and DELTA SANDBLASTING COMPANY, INC.

**ORDER**

The Court, having considered the Parties' Stipulation, finding that the Stipulation is proper and good cause appearing, the Court accepts and adopts the parties Stipulation. The deadlines to complete fact discovery and to make expert disclosures shall be continued to January 30, 2008, and the deadline to complete expert discovery shall be continued to February 29, 2008.

**SO ORDERED**.

Dated: January _10_, 2008

_____
Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE