Jack T. Friedman, No. 068134
Wallace E. Smith, No. 112091
Erik S. Morrison, No. 222071
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
1676 N. California Blvd, Suite 620
Walnut Creek, CA  94596-4124
Telephone:	925.944.6080
Facsimile:	925.256.3110
Email:	jfriedman@cbmlaw.com
Email:	wsmith@cbmlaw.com
	emorrison@cbmlaw.com

Attorneys for Plaintiff
NCL (BAHAMAS) LTD dba NCL, a foreign corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NCL (BAHAMAS) LTD dba NCL, a foreign corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>HEMPEL, A/S, a foreign corporation; BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC. a California corporation; BAE SYSTEMS, INC., a Delaware corporation; DELTA SANDBLASTING COMPANY, INC., a California corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | No.  C 07-01385 CW<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES AND CONTINUING FINAL PRE-TRIAL CONFERENCE** |

CBM-WC\WC061828.1

**STIPULATION AND [PROPOSED] ORDER RE DISCOVERY DEADLINES & CONTINUING FINAL PRE-TRIAL CONFERENCE**

This Stipulation to extend discovery deadlines is entered into by and between Plaintiff NCL (BAHAMAS) LTD dba NCL, a foreign corporation ("*NCL*") and Defendants HEMPEL, A/S, a foreign corporation ("*Hempel*"), BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., a California corporation ("*BAE*") and DELTA SANDBLASTING COMPANY, INC., a California corporation ("*Delta*") (each a "*Party*" and, collectively, the "*Parties*"), by and through their undersigned counsel. The Stipulation is made with respect to the following recitals of fact:

## **RECITALS**

WHEREAS, this matter is scheduled for trial on March 17, 2008;

WHEREAS, the Final Pretrial Conference is currently scheduled for March 4, 2008;

WHEREAS, the deadlines to complete fact discovery and to make expert disclosures is currently January 30, 2008, and the deadline to complete expert discovery is February 29, 2008;

WHEREAS, the Parties desire additional time to attempt to resolve the matter prior to trial without incurring additional costs and expenses in connection with discovery; and

WHEREAS, counsel for NCL has a scheduling conflict on March 4, 2008;

NOW, THEREFORE, in consideration of the above Recitals, the Parties, intending to be legally bound, stipulate and agree as follows:

## **STIPULATION**

The deadlines to complete fact discovery and to make expert disclosures shall be continued to February 13, 2008 and the deadline to complete expert discovery shall be continued to March 7, 2008. The extension for fact discovery shall only apply to discovery, including depositions, which have already been discussed and/or requested.

The Final Pretrial Conference shall be continued to March 11, 2008 at 2:00 P.M. All deadlines calculated using the Final Pretrial Conference date shall be modified accordingly.

Dated: January __, 2008

CARROLL, BURDICK & McDONOUGH LLP

By /s/
Jack T. Friedman
Wallace E. Smith
Attorneys for Plaintiff and Counterdefendant
NCL (BAHAMAS) LTD dba NCL, a foreign corporation

Dated: January __, 2008

LAW OFFICES OF LANCE C. ARNEY

By /s/
Lance C. Arney
Attorneys for Defendant and Counterclaimant
HEMPEL, A/S, a foreign corporation

Dated: January __, 2008

BULLIVANT HOUSER BAILEY

By /s/
Norman J. Ronneberg, Jr.
Attorneys for Defendants
BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC. and DELTA SANDBLASTING COMPANY, INC.

**ORDER**

The Court, having considered the Parties' Stipulation, finding that the Stipulation is proper and good cause appearing, the Court accepts and adopts the parties Stipulation. The deadlines to complete fact discovery and to make expert disclosures shall be continued to February 13, 2008 and the deadline to complete expert discovery shall be

1 | continued to March 7, 2008. The extension for fact discovery shall only apply to
2 | discovery, including depositions, which have already been discussed and/or requested.
3 |     The Final Pretrial Conference shall be continued to March 11, 2008 at 2:00
4 | P.M. All deadlines calculated using the Final Pretrial Conference date shall be modified
5 | accordingly.
6 |
7 | **SO ORDERED**.
8 |
9 | Dated: January 29, 2008
10 |
11 | _____
12 | Honorable Claudia Wilken
UNITED STATES DISTRICT JUDGE