| | |
|---|---|
| 1 | Jack T. Friedman, No. 068134 |
| | Wallace E. Smith, No. 112091 |
| 2 | **CARROLL, BURDICK & McDONOUGH LLP** |
| | Attorneys at Law |
| 3 | 1676 N. California Blvd, Suite 620 |
| | Walnut Creek, CA  94596-4124 |
| 4 | Telephone:      925.944.6080 |
| | Facsimile:       925.256.3110 |
| 5 | Email:             jfriedman@cbmlaw.com |
| | Email:             wsmith@cbmlaw.com |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | NCL (BAHAMAS) LTD dba NCL, a foreign corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | NCL (BAHAMAS) LTD dba NCL, a foreign corporation, | No.  C 07-01385 CW |
| 12 | | |
| 13 | Plaintiff, | |
| 14 | v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 15 | HEMPEL, A/S, a foreign corporation; BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC. a California corporation; BAE SYSTEMS, INC., a Delaware corporation; DELTA SANDBLASTING COMPANY, INC., a California corporation; and DOES 1-10, inclusive, | |
| 19 | Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff NCL (BAHAMAS) LTD. dba NCL, Defendant HEMPEL A/S, Defendant BAE SYSTEMS SAN FRANCISCO SHIP REPAIR, INC., Defendant BAE SYSTEMS, INC., and Defendant DELTA SANDBLASTING COMPANY, INC., hereby jointly file this Stipulation of Dismissal with prejudice of all claims that were or could have been brought in the above-styled action.

All costs are to be paid by the party incurring them.

1
2   Dated: 7/7/08, 2008
3                                   CARROLL, BURDICK & McDONOUGH LLP
4
5                                   By _____
6                                       Jack T. Friedman
                                        Wallace E. Smith
7                                   Attorneys for Plaintiff NCL (BAHAMAS) LTD
                                    dba NCL, a foreign corporation
8
    Dated: July 24, 2008
9
10                                  GIBSON ROBB & LINDH LLP
11
12                                  By _____
                                        Jennifer T. Sanchez, Esq.
13                                  Attorneys for Defendants BAE Systems San
                                    Francisco Ship Repair Inc. and Delta Sandblasting
14                                  Company, Inc.

15  Dated: July 7, 2008
16
                                    MOULTON & MEYER, LLP
17
18                                  By _____
19                                      Cynthia R. Levin Moulton, Esq.
                                    Attorneys for Defendant and Cross-Claimant
20                                  Hempel, A/S
21
22  **IT IS SO ORDERED**
23  *[signature]*
24  Judge Claudia Wilken
25
26
27
28

-2-

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE